# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
### (VALDOSTA DIVISION)

| | | |
|---|---|---|
| **In re: Kelly Denise Roberts** | * | |
| **Debtor,** | * | **Chapter 13** |
| | * | **Case No.: 23-71116-JTL** |
| **Jonathan DeLoach** | * | |
| **Chapter 13 Trustee** | | / |
| | | |
| **Kelly Denise Roberts** | * | |
| **Plaintiff,** | * | **Judge John T. Laney, III** |
| | | |
| **Vs.** | * | |
| | | |
| **Access Loan, et. Al.,** | * | |
| **Defendants** | * | |

_____/

## ADVERSARIAL COMPLAINT UNDER 11 U.S.C. § 105(a)

**COMES NOW, Kelly Denise Roberts,** Debtor/Plaintiff by and through her Attorney of record and shows this Honorable Court the following:

1.

The Debtor/Plaintiff ("Plaintiff") filed a petition for relief under Chapter 13 of the Bankruptcy Code on November 1, 2023, under case # 23-71116 in the Middle District of Georgia, Valdosta Division. Pursuant to Rule 7008, Federal Rules of Bankruptcy Procedure, The plaintiff consents to entry of final orders or judgements by the bankruptcy court.

## JURSIDICTION AND VENUE

2.

The Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334. There is a core proceeding as that term is defined by 28 U.S.C. §157(b)(2)(E).  Pursuant to 28 U.S.C

§157(b)(2)(G) this matter is a core proceeding as it relates to modification of the Automatic Stay.

3.

The Court has jurisdiction to determine the issues in this case pursuant to 11 U.S.C. § 362, and 11 U.S.C. § 105(a) of the United States Bankruptcy Code.

4.

The standing Chapter 13 Trustee in this case is Jonathan Deloach.

5.

The Defendants are known creditors of Plaintiff in the above referenced case. The Defendants are subject to jurisdiction of this Court and are the following:

Access Loan
Officer, Managing, or Special Agent
P.O. Box 627
Pearson, GA 31642-0627

Caine & Weiner Co.
12005 Ford Rd. 300
Dallas, TX 75234-7262

Gibson Mcdonald Furniture
Officer, Managing, or General Agent
316 S. Church St.
Homerville, GA 31634-3013

IC Systems
Officer, managing, or General Agent
P.O. Box 64378
Saint Paul, MN 55164-0378

LVNV Funding
Officer, Managing, or General Agent
P.O. box 10584
Greenville, SC 29603-0584

NPRTO
Lockbox 1059
Prog Leasing, LLV
Seattle, WA 98111

Quantum 3 Group LLC as agent for
Crown Asset Management LLC
P.O. Box 788
Kirkland, WA 98083-0788


The Bureaus Inc.
Officer, Managing, or General Agent
650 Dundee Rd. #370
Northbrook, IL 60062-2757

Verizon
Attn: Officer, Managing, or General Agent
P.O. box 105378
Atlanta, GA 30348-5378

Badcock
P.O. box 724
Mulberry, FL 33860-0724

Credit Coll
Attention: Officer, Managing, or General Agent
P.O. Box 9133
Needham Heights, MA 02494-9133

Georgia Dept. Of Rev.
Compliance Division
Arcs Bankruptcy
1800 Century Blvd. NE Suite 9100
Atlanta, GA 30345-3202

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

PRA Receivables Management
Officer, Managing, or General Agent
P.O. Box 12914
Norfolk, VA 23541-0914

Santander Consumer USA Inc.
Attention Officer, Managing, or General Agent
824 N. Market St.
Suite 100
Fort worth, TX 76161

Target/TD
Officer, Managing, or General Agent
P.O. Box 673
Minneapolis, M

1st Franklin Financial Corporation
Attn: Administrative Services
P.O. Box 880
Toccoa, GA 30577-0880

Bureaus Investment Group Portfolio
c/o PRA Receivables
P.O. Box 880
Toccoa, GA 30577-0880

Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56302-7999

Midland Credit Management, Inc.
Officer, Managing, or General Agent
2365 Northside Dr.
Suite 300
San Diego, CA 92108-2710

Source Receivables Management
P.O. Box 4068
Greensboro, NC 27404-4068

## FACTS AND BACKGROUND

1. The Debtor filed the underlying bankruptcy case with the case number 23-71116-JTL within one year following the dismissal of a prior chapter 13 case. The previous case number, 21-70702-JTL was filed in the United States Bankruptcy Court for the Middle District of Georgia, Valdosta Division. The previous referenced case was dismissed on October 31, 2023.

2. Following the dismissal of that case, the debtor filed a new chapter 13 case in good faith to handle her debts. The new chapter 13 case with the case number 23-71116-JTL was also filed in the United States Bankruptcy Court for the Middle District of Georgia, Valdosta Division.

3. By inadvertence, the required Motion to Extend the Automatic stay was not filed within thirty days of the new chapter 13 case being filed.

4. The property of the estate is protected pursuant to 11 U.S. C. § 362. The Plaintiff/Debtor presently does not have protection of 11 U.S.C. § 362.

5. Under 11 U.S.C. 105 (a) the Court may issue any order, process, or judgment that is necessary or appropriate to carry out the reorganization effort. This would facilitate proceedings in this Chapter 13 case to protect the interests of the bankruptcy estate.

**WHEREFORE,** the Debtor/Plaintiff prays:

A) The Court impose an injunction against any creditor actions, which would attempt to collect a debt, harass the debtor, or otherwise jeopardize the success of the Chapter 13 case pursuant to the Court's power under 11 U.S.C. §105(a) for a period of time concurrent with the pendency of the underlying bankruptcy case.

B) The Court grant Debtor/Plaintiff such other relief as is just and equitable.

Respectfully submitted this 19th day of December, 2023.

/s/ Franklin D. Hayes
Franklin D. Hayes
Attorney for Debtor/Plaintiff

P.O. Box 2377
Douglas, GA  31534
(912) 383-6132
fhayeslaw@yahoo.com
GA Bar No.: 339910